# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Murat Yel, | No.  CV-26-04399-PHX-ASB |
| Petitioner, | |
| v. | **ORDER** |
| Unknown Party, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 6.)  In the Response, Respondents state: "Respondents do not oppose release of the Petitioner." (Doc. 9.)  The Court accepts this concession as non-opposition to granting the Petition as to release from custody.

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the Petition is denied as moot.

(2)    Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

(3)    Respondents must provide a notice of compliance within **two days** of Petitioner's release.

. . . .

. . . .

(4)    Any pending motions are denied as moot.

(5)    The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of July, 2026.

_____
Honorable Alison S. Bachus
United States Magistrate Judge